UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HUNTER'S SPECIALTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESTERN RIVERS LIGHT AND SUPPLY COMPANY, INC., d/b/a WESTERN RIVERS, INC., <br><br> Defendants. | Civil Action No. 1:09-cv-00007-LRR <br><br> Judge Linda R. Reade <br> Magistrate Judge Jon S. Scoles |

## CONSENT JUDGMENT AND INJUNCTION

Plaintiff, Hunter's Specialties, Inc. ("Hunter's Specialties"), and Defendant, Western Rivers Light and Supply Company, Inc., d/b/a Western Rivers, Inc. ("Western Rivers") hereby consent to entry of judgment as follows:

1. The Court has jurisdiction over the parties and the subject matter of this dispute.

2. Hunter's Specialties is the owner of original sound recordings and related Copyright Registrations identified in Exhibit A to the First Amended Complaint (Document 8-2) attached hereto ("Sound Recordings" and "Copyright Registrations" respectively), which are valid and enforceable.

3. Western Rivers has performed and/or caused such Sound Recordings to be publicly performed, and has made and distributed infringing copies of the Sound Recordings as identified in Exhibit A, without permission of Hunter's Specialties, all in violation of the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 *et seq.*

4. Western Rivers and its officers, employees, agents, and those persons in active concert or participation with it are permanently enjoined and restrained from performing, copying, distributing copies or otherwise infringing in any manner or inducing others to infringe the copyrighted sound recordings of animal game calls of Hunter's Specialties.

5. Each party bears its own costs, expenses and attorney fees.

6. This Court shall retain exclusive jurisdiction of this matter to enforce this Consent Judgment and Injunction and the Settlement Agreement between the parties.

IT IS SO ORDERED.

Dated: July 20, 2009

The Honorable Linda R. Reade
United States District Judge

Consented to by:

Plaintiff Hunter's Specialties, Inc. through its counsel:

_____
Edmund J. Sease
Jeffrey D. Harty
Janet E. Phipps Burkhead
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone: 515-288-3667
Fax: 515-288-1338
Email: ed.sease@ipmvs.com
Email: jeff.harty@ipmvs.com
Email: janet.phippsburkhead@ipmvs.com
Email: mvslit@ipmvs.com

Consented to by:

Defendant Western Rivers Light and Supply Company, Inc., d/b/a Western Rivers, Inc. through its counsel:

_____
Kevin H. Collins
NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN, P.C.
805 Wright Brothers Blvd. SW, Suite 1
P.O. Box 8870
Cedar Rapids, IA 52408-8870
Phone: (319) 286-7003
Fax: (319) 286-7050
Email: khcollins@nyemaster.com